# Exhibit B

GREGORY C, LOARIE, SB No. 215859
gloarie@earthjustice.org
EARTHJUSTICE
1 Sansome St., Ste. 1700
San Francisco, CA 94104
Tel: (415) 217-2000
Fax: (415) 217-2040

ANDRIA H. SO, SB No. 341595
aso@earthjustice.org
EARTHJUSTICE
707 Wilshire Boulevard, Suite 4300
Los Angeles, CA 90017
Tel: (415) 217-2000
Fax: (415) 217-2040

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

CENTER FOR BIOLOGICAL DIVERSITY,

Plaintiff,

v.

UNITED STATES FISH AND WILDLIFE SERVICE; DOUG BURGUM, in his official capacity as Secretary of the U.S. Department of the Interior; and BRIAN NESVIK, in his official capacity as Director of the U.S. Fish and Wildlife Service,

Defendants.

Case No. 5:25-cv-09943-EKL-VKD

**DECLARATION OF SUSAN BRITTING**

I, Susan Britting, declare as follows.

1. I have personal knowledge of the matter stated herein and, if called as a witness, could and would competently testify thereto.

2. I have a B.A. in Botany from the University of California, Berkeley and a Ph.D. in Biology from the University of California, Los Angeles and have spent my professional life working as a biologist in forest planning, particularly habitat planning in the Sierra Nevada.

I worked for Sierra Forest Legacy from 1997 until my retirement in March 2025, first as a science and policy consultant and then as the organization's executive director. Sierra Forest Legacy works to protect and restore the ancient forests, wildlands, wildlife, and watersheds of the Sierra Nevada through scientific and legal advocacy, public education and outreach, as well as grassroots forest protection efforts. Specifically, my work with Sierra Forest Legacy included supporting major policy decisions and research initiatives relating to Sierra Nevada national forest management and species conservation, including efforts to study, protect, and recover California spotted owls. Prior to Sierra Forest Legacy, I was employed by the U.S. Forest Service. My role with the Forest Service included preparing environmental and planning documents to implement the requirements of the National Environmental Policy Act, the Endangered Species Act ("ESA"), and the National Forest Management Act. I have also held positions with the California Native Plant Society, the American River Conservancy and served 7 years on the California Board of Forestry and Fire Protection (a governor-appointed position).

3. I am a member and active supporter of the Center for Biological Diversity ("the Center"). In connection with my work with Sierra Forest Legacy, I partnered with the Center for over two decades to secure protection under federal laws for California spotted owls and their mature forest habitat. For example, I partnered with the Center to draft and submit petitions asking that the U.S. Fish and Wildlife Service list the Pacific fisher and California spotted owl under the ESA. I also collaborated with the Center on public comments on other federal projects and proposals. I worked with Center staff on the review of timber projects and discussed the Forest Service's biological monitoring. I led and organized meetings with agencies, the Center, and other conservation groups with a focus on biological conservation and advocacy.

4. I have a longstanding professional and personal interest in California spotted owls. I have followed monitoring and research on the California spotted owl since 1997. I participated in technical workshops to complete a meta-analysis of demographic studies for this species in 2001 and 2006. I was a co-author on a paper that reported on the results of the workshop in 2001. Since then I have continued to track Forest Service projects and their impact on California spotted owls and have reviewed and commented on habitat data and estimated impacts to habitat as a technical advisor to the Forest Service and its partners. I have developed and advocated for conservation measures to protect California spotted owls and their habitats. I have served the role of technical advisor on the Lake Tahoe West Project and currently serve as technical advisor on the Mokelumne Amador Calaveras Forest Resilience Project.

5. I have discussed and continue to discuss with other scientists and experts the design of strategies and best management practices aimed at eliminating or ameliorating threats to California spotted owls. I regularly visit field sites where California spotted owls occur to talk with managers and scientists about their habitat needs and threats to their persistence. Despite my retirement, I continue to actively support efforts to protect forest habitat for the California spotted owl and other native wildlife. For example, I continue to be engaged in monitoring and provide technical review of and comment on agency proposals that affect wildlife habitat in the Sierras.

6. For the past 34 years, I have lived in the Sierra Nevada foothills, near Coloma, close to the edge of the Eldorado National Forest. California spotted owls inhabit this national forest, and it is the location for one of the four long term demographic study areas. The Eldorado National Forest is a short drive from my home and provides regular opportunities for me to hike, botanize, explore and learn about the ecology of the area, and enjoy the peaceful solitude of this forested landscape. I also use the national forest lands throughout the Sierra Nevada to learn about California spotted owls and other wildlife and their habitats.

7. I recently visited California spotted owl habitat on the Eldorado National Forest in June 2025 and June 2026. Spotted owl habitat at these sites was affected by a wildfire in 2021 and I was evaluating the condition of the habitat and observing the effect of the fire on current habitat conditions. Because this visit was during the daytime, I did not observe any owls, but I was pleased

to see numerous sites had been improved by the wildfire and now appeared more resilient to future disturbance. The large trees and overstory were intact in many locations and likely providing foraging habitat and possibly roosting and nesting habitat.

8. I intend to return to California spotted owl habitat on the Eldorado National Forest near Alder Ridge again in the summer or fall of 2026 and at various times in the latter half of 2027. I will continue to assess the impacts of the 2021 wildfire and the post-wildfire habitat conditions.

9. I have worked diligently for nearly 30 years on spotted owl conservation. Being able to observe the areas where they presently live and reproduce gives me great pleasure and satisfaction. I derive significant intellectual, emotional, and scientific benefit from the continued existence of the California spotted owl in the Sierra Nevada.

10. It is my professional opinion that the California spotted owl's survival and recovery depend upon the species receiving prompt federal protections under the ESA. The Fish and Wildlife Service's failure to meet its deadline under the ESA to finalize or take further action on its proposed rule listing two population segments of the California spotted owl as endangered and threatened is a significant disappointment. The Service's failure to meet this deadline has harmed my professional and personal interests in ensuring that California spotted owls survive and recover. I will suffer great harm if the California spotted owl continues its decline and eventually goes extinct due to the lack of federal protections. If this lawsuit is successful in prompting the Service to finalize the proposed rule listing the California spotted owl, the owls will receive protections aimed at avoiding extinction as provided by the Endangered Species Act, and accordingly, will have a better chance of survival.

11. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on July 2, 2026, in Coloma, California.

Susan Britting

Susan Britting